UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 15-4556-MWF(AGRx)**                                          Dated: **July 27, 2015**

Title:       Debra Smilow -v- Anthem Blue Cross Life and Health Insurance Co., et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

    Rita Sanchez                                            Alex Joko
    Courtroom Deputy                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

    Leigh A. Parker                                         Michael M. Maddigan

**PROCEEDINGS:**       **MOTION TO REMAND CASE [12]**

    The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

    Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs
-1-                                                : 18 min